UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:23-cr- 51
v. )
)
ANTHONY MARTIN )

**FILED JUN 27 2023, Clerk, U.S. District Court, Eastern District of Tennessee, At Chattanooga**

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney Scott Winne, certifies that the instant prosecution ☐ was ☑ was not a matter or a case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

FRANCIS M. HAMILTON, III
United States Attorney

By: s/ Scott A. Winne