# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:23-CR-51 |
| v. | ) | |
| | ) | Judges McDonough/Lee |
| ANTHONY MARTIN | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That **Anthony Martin, DOB: XX/XX/1993,** is now in the custody of the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, pursuant to State charges.

II.

That there is pending against the defendant **Anthony Martin**, in this District the above-captioned case, which is set for an Initial Appearance on **July 13, 2023 at 2:00 p.m.,** or for his case to be otherwise disposed of upon said indictment heretofore returned against him in the United States District Court for the Eastern District of Tennessee, at Chattanooga, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, commanding him to produce the said **Anthony Martin** before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff so elects, the United States

Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said **Anthony Martin** into his custody and possession at said Hamilton County Jail, Chattanooga, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, as aforesaid.

                                                FRANCIS M. HAMILTON III
                                                UNITED STATES ATTORNEY

By:    *s/ Scott A. Winne*
          Scott A. Winne, ME BPR #7120
          Assistant United States Attorney
          1110 Market Street, Suite 515
          Chattanooga, TN 37402
          Scott.Winne@usdoj.gov
          (423) 752-5140