UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:23-CR-51 |
| v. ) | |
| ) | Judges McDonough/Lee |
| ANTHONY MARTIN ) | |

## O R D E R

On the petition of the United States of America by Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, it is hereby **ORDERED** that:

1. The Clerk of this Court is instructed to issue a writ of *habeas corpus ad prosequendum* to the Sheriff of the Hamilton County Jail, Chattanooga, Tennessee, to bring **Anthony Martin, DOB: XX/XX/1993**, before this Court at Chattanooga, Tennessee, on **July 13, 2023 at 2:00 p.m.,** for an Initial Appearance or for other proceedings with respect to an indictment previously returned against him.

2. **Anthony Martin** shall remain in the custody of this Court until his case is resolved. Following resolution of Mr. Martin's case, he will be returned to the Hamilton County Jail in Chattanooga, Tennessee, unless this Court orders otherwise.

3. If the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee (or any other duly authorized United States Marshal or Deputy United States Marshal) is directed to receive **Anthony Martin** into custody and transport him to and from said Hamilton County Jail, and to and from this Court for the purposes described herein.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE