**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**At Chattanooga**

UNITED STATES OF AMERICA,

       Plaintiff,

                                 No. 1:23-cr-51

v.                               Judge McDonough/Lee

ANTHONY MARTIN,

       Defendant.

**NOTICE OF DEFENDANT'S REQUEST**
**FOR PRESERVATION AND DISCOVERY MATERIALS**

       The defendant, Anthony Martin, by and through counsel, hereby informs this Honorable

Court that the defendant has sent his request for preservation of materials and discovery letter to

the Assistant United States Attorney assigned to this case. Counsel for the defendant believes

that it is more appropriate to merely inform the Court by way of this Notice rather than to

unnecessarily burden the Court Clerk's Office with the actual request for preservation letter.

                        Respectfully submitted,

                        FEDERAL DEFENDER SERVICES
                         OF EASTERN TENNESSEE, INC.

                        By:   /s/ *Myrlene R. Marsa*
                            Myrlene R. Marsa
                        Assistant Federal Defender
                        One Central Plaza
                        835 Georgia Ave., Suite 600
                        Chattanooga, Tennessee 37402
                        Myrlene_Marsa@fd.org
                        (423) 756-4349
                        BPR # 16798