RECEIVED BY: BH
DATE: 6-27-2023 TIME: 1425
U.S. MARSHAL E/TN
CHATTANOOGA, TN

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY MARTIN<br><br>_Defendant_ | ) ) Case No. 1:23-cr- 51<br>) TRM/SKL  **FILED**<br>) JUL 17 2023<br>) Clerk, U. S. District Court<br>) Eastern District of Tennessee<br>At Chattanooga |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Anthony Martin ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).
Possession with intent to distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).
Possession a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Date: 06/27/2023

_Issuing officer's signature_

City and state: Chattanooga, TN

LEANNA R. WILSON, CLERK
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6.27.2023 and the person was arrested on _(date)_ 07.13.2023
at _(city and state)_ CHATTANOOGA, TN .

Date: 07.13.2023

_Arresting officer's signature_

J.A. SCARBOROUGH DUSM
_Printed name and title_

1156 8136