UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTHONY MARTIN,

    Defendant.

No. 1:23-C-051-TRM-SKL

## UNOPPOSED MOTION TO CONTINUE DEADLINES AND TRIAL DATE

Defendant Anthony Martin, through counsel, respectfully requests this Honorable Court to allow an additional forty-five (45) days on the deadlines and trial date in this case. The current pretrial motion and plea deadlines are August 28, 2023. Trial is set to begin September 18, 2023.

Investigation has been and continues to be undertaken on Mr. Martin's behalf. Further, plea negotiations have begun but have not been completed. Both will require time to discuss and evaluate for Mr. Martin so that he may make a decision on how to best proceed. This request is not made for the purpose of undue delay but to provide effective assistance of counsel to Mr. Martin. It would be in the interest of justice to grant this motion. Assistant United States Attorney Scott Winne has been advised of this motion and does not object.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By: /s/ *Myrlene R. Marsa*
    Myrlene R. Marsa
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Myrlene_Marsa@fd.org
(423) 756-4349
BPR # 16798