UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-51 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ANTHONY MARTIN ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

**ORDER**

Before the Court is Defendant Anthony Martin's motion to continue sentencing (Doc. 42). Counsel for Defendant states that she is unavailable on September 20, 2024. (*Id.*) Defendant's counsel advises that the motion is unopposed. (*Id.*)

For good cause shown, Defendant's motion is **GRANTED** (Doc. 42). Defendant's sentencing hearing is hereby **CONTINUED** to **October 4, 2024, at 9:00 AM.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

1