UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No. 1:23-Cr-051 TRM SKL

ANTHONY MARTIN,

    Defendant.

## NOTICE OF NO OBJECTIONS TO PRESENTENCE REPORT

Anthony Martin, through undersigned counsel, hereby advises this Honorable Court that he has no objections to the Presentence Report in this case.

                Respectfully submitted,

                FEDERAL DEFENDER SERVICES
                 OF EASTERN TENNESSEE, INC.

                By:  *s/ Myrlene R. Marsa*
                     Myrlene R. Marsa
                Assistant Federal Defender
                605 Chestnut Street, Suite 1310
                Chattanooga, Tennessee 37450
                Myrlene_Marsa@fd.org
                (423) 756-4349
                BPR# 016798