UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:23-cr-51 |
| v. | ) | Judge McDonough |
| | ) | Magistrate Judge Lee |
| ANTHONY MARTIN | ) | |

**NOTICE OF NO OBJECTION TO THE
PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee and the undersigned Assistant United States Attorney, respectfully files this Notice of No Objection to the Presentence Investigation Report and states as follows:

The United States has reviewed a copy of defendant's Presentence Investigation Report, dated August 16, 2024. (Doc. 41.) The United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this 6th day of September 2024.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: s/ *Scott A. Winne*
Scott A. Winne, ME Bar #7120
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
Scott.Winne@usdoj.gov
(423) 752-5140